**ST. CLAIR INTELLECTUAL PROP-ERTY CONSULTANTS, INC.,**
**Plaintiff–Cross Appellant,**

v.

**CANON INC. and Canon U.S.A.,**
**Inc., Defendants,**

and

**Fuji Photo Film Co. Ltd. (now Fujifilm Corporation), Fuji Photo Film U.S.A. Inc. (now Fujifilm North America Corporation), and Fujifilm America Inc. (now Fujifilm Holdings America Corporation), Defendants–Appellants.**

**Nos. 2009–1052, 2010–1137, 2010–1140.**

United States Court of Appeals, Federal Circuit.

Aug. 2, 2010.

---

## ORDER

### ON MOTION

Upon consideration of the motion to withdraw Scott M. Flaherty as counsel for St. Clair Intellectual Property Consultants, Inc.,

IT IS ORDERED THAT:

The motion is granted.